UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30183-MAP

MARLENE T. TRAHAN, )
    Plaintiff )
)
v. ) COMPLAINT AND DEMAND
) FOR JURY TRIAL
)
JOHN E. POTTER, Postmaster )
General, United States Postal )
Service, )
    Defendant )

1. The Plaintiff, Marlene T. Trahan, brings this action against the United States Postal Service (hereafter referred to as "USPS") for discriminatory harassment/hostile work environment stemming from and relating to the Plaintiff's employment with the USPS pursuant to the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000 et seq.; and for discrimination on the basis of disability stemming from and relating to the Plaintiff's employment with the USPS pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. §12101 et seq.

2. The Plaintiff, Marlene T. Trahan (hereafter referred to as "Trahan") is an individual with a permanent residence located at 20 Dutton St. in Indian Orchard, Hampden County, Massachusetts. At all material times stated herein, she was an employee of USPS.

3. The Defendant, John E. Potter is an individual who is being sued in his official capacity as Postmaster General of the United States Postal Service, and independent government organization with a principle place of business at 475 L'Enfant Plaza, S.W., Washington, D.C 20260-1100.

4. On or about April 20, 2001, after having sought informal counseling, the Plaintiff filed a formal EEO complaint with the USPS, Case # 1B-012-0021-01. On or about June 20, 2004, the Plaintiff received a "Notice of Final Decision" finding that she had failed to prove that she was the subject of discrimination as alleged in her complaint.

5. The Plaintiff has complied with all administrative requirements of 29 C.F.R. 1614 et seq. with respect to the filing and handling of the complaint for discrimination.

6. The Plaintiff commenced employment with the USPS at the Hartford, Connecticut Post Office as a career employee in April 1982.



7. Beginning on or about February 13, 1997, and continuing based on her mental disability, Trahan has endured an ongoing series of discriminatory harassment/hostile work environment by Supervisor, Linda Nawracaj; Manager of Distributions Operations, Leon Kopacz; and Ethical Officer, Brian Sheehan.

8. As a direct and proximate result of the acts of the actions described herein, Plaintiff, Marlene T. Trahan has suffered severe emotional distress as well as loss of income.

WHEREFORE, the Plaintiff prays that this court enter judgment against the Defendant, United States Postal Service; that she be made whole for all her injuries and losses; that she be awarded nominal, compensatory, and/or punitive damages, costs and attorney's fees, that the Defendant be enjoined from engaging in such unlawful practices, and that the court order such other affirmative action or relief as may be appropriate.

## JURY DEMAND

The Plaintiff demands trial by jury on all claims stated herein.

THE PLAINTIFF
By her attorneys,

Michael D. Facchini
BBO# 639778

DATED: 9/16/4

Anthony P. Facchini
BBO # 567046
Facchini & Facchini, P.C.
824 Liberty Street - P.O. Box 4052
Springfield, MA 01101-4052
Telephone (413) 746-3369
Telecopier (413) 733-1662