UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS WESTERN DIVISION

| | |
|---|---|
| **MARLENE T TRAHAN**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**JOHN E POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO.<br>**04-30183-MAP**<br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS;COMPLAINT AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; LOCAL COVER SHEET** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **22nd day of December, 2004, at 3:15 PM**, at the address of **475 L'ENFANT PLAZA SW, WASHINGTON, Dist of Columbia County, DC** ; this affiant served the above described documents upon **JOHN E POTTER, POSTMASTER GENERAL**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Samdra Broades, Legal Secretary, black female, 5-09/170, black hair, 30's**, person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of
_MASSACHUSETTS_  that the statement above is true and correct.

_[signature]_
**Eddie W. Null, Sr.**


SUBSCRIBED AND SWORN to before me this 22nd day of December, 2004
_[signature]_
NOTARY PUBLIC in and for the State of **Virginia**
MY COMMISSION EXPIRES: 12/31/05

| ABC's Client Name<br>**PFI MISC F** | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: **8010116** |
|---|---|---|

# United States District Court

DISTRICT OF MASSACHUSETTS WESTERN DIVISION

MARLENE T. TRAHAN
V.
JOHN E. POTTER,
Postmaster General, United
States Postal Service

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30183-MAP

TO: (Name and address of defendant)

John E. Potter
Postmaster General
United States Postal Service
475 L'Enfant Plaza S.W., Washington D.C. 20260-1100

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael D. Facchini
Facchini & Facchini, P.C.
824 Liberty Street
Springfield, MA 01101

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

September 16, 2004