# United States District Court

DISTRICT OF MASSACHUSETTS WESTERN DIVISION

MARLENE T. TRAHAN
V.

JOHN E. POTTER, Postmaster General, United States Postal Service

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30183-MAP

TO: (Name and address of defendant)

~~John E. Potter~~
~~Postmaster General~~
~~United States Postal Service~~
~~475 L'Enfant Plaza, S.W., Washington, D.C. 20260~~

U.S. Attorney's office, 1550 Main Street, Room 310, Springfield, MA 01103

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael D. Facchini
Facchini & Facchini, P.C.
824 Liberty Street
Springfield, MA 01101

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____
CLERK

/s/ Mary Finn
_____
(BY) DEPUTY CLERK

September 16, 2004
_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772
*Hampden, ss.*

December 17, 2004

I hereby certify and return that on 12/16/2004 at 12:45 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACT. COVER SHEET in this action in the following manner: To wit, by delivering in hand to SHEILA HEBDA, CLERK, , agent, person in charge at the time of service for U.S. ATTORNEY'S OFFICE, , 1500 MAIN Street, SPRINGFIELD, MA 01103.Attestation X 1 ($5.00), Travel ($1.28), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $37.28

Deputy Sheriff JORGE DIAZ

Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                         Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.