UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS WESTERN DIVISION

| | |
|---|---|
| **MARLENE T TRAHAN**<br><br>                              Plaintiff/Petitioner<br><br>vs.<br>**JOHN E POTTER, POSTMASTER GENERAL,**<br>**UNITED STATES POSTAL SERVICE**<br><br>                              Defendant/Respondent | Hearing Date:<br><br>CAUSE NO.<br>**04-30183-MAP**<br><br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS, (2);COMPLAINT AND DEMAND FOR JURY TRIAL, (2); CIVIL COVER SHEET, (2); LOCAL COVER SHEET (2)** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **22nd day of December, 2004, at 2:10 PM**, at the address of **DEPT. OF JUSTICE, WASHINGTON, Dist of Columbia County, DC** ; this affiant served the above described documents upon **ATTORNEY GENERAL OF THE UNITED STATES**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **William Vedder, mail clerk, white male, 5-10/140, brown jhair, 40's**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of
/Massachusetts/ that the statement above is true and correct.

_____
**Eddie W. Null, Sr.**


SUBSCRIBED AND SWORN to before me this 22nd day of December, 2004
_____
NOTARY PUBLIC in and for the State of **Virginia**
MY COMMISSION EXPIRES: 12/31/05

ABC's Client Name            ORIGINAL PROOF OF            ABC Tracking #: **8010115**
**PFI MISC F**                              SERVICE

# United States District Court

DISTRICT OF MASSACHUSETTS WESTERN DIVISION

MARLENE T. TRAHAN

v.

JOHN E. POTTER,
Postmaster General, United
States Postal Service

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30183, MAP

TO: (Name and address of defendant)

~~[redacted]~~

Attorney General of the U.S.
Department of Justice
Washington, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael D. Facchini
Facchini & Facchini, P.C.
824 Liberty Street
Springfield, MA 01101

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

September 14, 2004

Mary Finn
(BY) DEPUTY CLERK