UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARLENE T. TRAHAN,            )
                              )
        Plaintiff,            )
                              )
    v.                        ) No. 04CV30183-MAP
                              )
JOHN E. POTTER,               )
    as Postmaster General     )
                              )
        Respondent.           )

## ANSWER

1.  As to paragraph 1, the defendant admits that the complaint purports to allege a claim for disability discrimination. The defendant denies the remainder of paragraph 1.

2.  As to paragraph 2, the defendant admits that at relevant times, the plaintiff was an employee of the United States Postal Services. As to the remainder of paragraph 2, the defendant has insufficient knowledge or information upon which to form a belief and, therefore, leaves the plaintiff to her proof.

3.  The defendant admits paragraph 3.

4.  The defendant admits paragraph 4.

5.  The defendant denies paragraph 5.

6.  The defendant admits paragraph 6.

7.  The defendant denies paragraph 7.

8.  The defendant denies paragraph 8.

AFFIRMATIVE DEFENSES:

1.  The plaintiff has not suffered an adverse employment action.

2.  The plaintiff has failed to mitigate her damages.

3.  The defendant had legitimate and non-discriminatory reasons for all of his actions.

4.  The plaintiff has failed to exhaust her administrative remedies as to those claims spanning from February 13, 1997 to December 18, 1999.

5.  The plaintiff has failed to exhaust her administrative remedies as to the claims relating to Brian Sheehan.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By: /s/ Karen L. Goodwin
    KAREN L. GOODWIN
    Assistant U.S. Attorney
    U.S. Attorney's Office
    Federal Building & Courthouse
    1550 Main Street, Room 310
    Springfield, MA  01103
    413-785-0235

Dated: February 14, 2005

2

CERTIFICATION

    This is to certify that a copy of the foregoing was mailed this date, postage prepaid to Michael D. Facchini, Facchini & Facchini, P.C., 824 Liberty Street, Springfield, MA 01101.

_____
KAREN L. GOODWIN