UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


MARLENE T. TRAHAN,             )
                               )
        Plaintiff,             )
                               )
    v.                         ) No. 04CV30183-MAP
                               )
JOHN E. POTTER,                )
  as Postmaster General        )
                               )
        Respondent.            )


                            JOINT STATEMENT

   This is an employment discrimination case alleging disability discrimination and a hostile work environment. The defendant denies the allegations of discrimination and hostile work environment.

I.   PROPOSED PRETRIAL SCHEDULE

     A.   Automatic Disclosures

   The parties will exchange by April 22, 2005 the information required by Fed. R. Civ. P. 26(a)(1).

     B.   Discovery Plan

   Discovery will be required on liability and damages. Expert discovery is not anticipated and phased discovery is not appropriate.

     1.   All interrogatories and requests for production
          are to be served by June 30, 2005.

    2.    All depositions should be completed by November 15, 2005.

    C.    <u>Motions</u>

    1.    Dispositive motions, if any, are to be filed by December 15, 2005.

    D.    <u>Other matters</u>

Trial of this matter should take one week.

The parties' certification will be filed separately.

Respectfully submitted,

| THE PLAINTIFF | MICHAEL J. SULLIVAN |
| --- | --- |
| | United States Attorney |
| By: | By: |
| /s/Michael Facchini/klg | /s/Karen L. Goodwin |
| MICHAEL FACCHINI | KAREN L. GOODWIN |
| FACCHINI & FACCHINI, PC | Assistant U.S. Attorney |
| 824 Liberty Street | 1550 Main Street |
| Springfield, MA 01101 | Springfield, MA 01103 |
| (413) 746-3369 | (413) 785-0235 |