UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2005 MAR 25 P 2:28
U.S. DISTRICT COURT
DISTRICT OF MASS.

MARLENE T. TRAHAN, )
)
      Plaintiff, )
)
v. ) No. 04CV30183-MAP
)
JOHN E. POTTER, )
  as Postmaster General )
)
      Respondent. )

## DEFENDANT'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

The defendant, John E. Potter, Postmaster General, hereby certifies pursuant to L.R. 16.1(D)(3), that he has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

THE DEFENDANT, JOHN E. POTTER

BY: /s/ L. Kay Wilson
L. Kay Wilson
Attorney
United States Postal Service
Northeast Area Law Office
Windsor, CT 06006

BY: /s/ Karen L. Goodwin
Karen L. Goodwin
Assistant U.S. Attorney
1550 Main Street
Springfield, MA
March 25, 2005