

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04CV30183-MAP

MARLENE T. TRAHAN, )
    Plaintiff )
)
v. ) **PLAINTIFF'S CERTIFICATION OF**
) **COMPLIANCE WITH LOCAL RULE 16.1(D)(3)**
JOHN E. POTTER, Postmaster )
General, United States Postal )
Service, )
    Defendant )

NOW COMES the Plaintiff, Marleen T. Trahan, and hereby certifies pursuant to L.R. 16.1(D)(3), that she has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlines in L.R. 16.4.

                               Respectfully submitted by,
                               THE PLAINTIFF,
                               Marlene T. Trahan,
                               Through her attorney,

Dated: 3/28/05

                               Michael D. Facchini
                               BBO # 639778
                               Facchini & Facchini, P.C.
                               824 Liberty Street - P.O. Box 4052
                               Springfield, MA 01101-4052
                               Telephone (413) 746-3369
                               Telecopier (413) 733-1662