UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARLENE T. TRAHAN,                )
        Plaintiff    )
                    )
v.                                )   Civil Action No.  04-30183-MAP
                    )
                    )
JOHN E. POTTER,                   )
        Defendant    )

SCHEDULING ORDER
April 1, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by April 22, 2005.

2. All written discovery shall be served by May 31, 2005.

3. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by September 1, 2005.

4. Defendant shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by October 3, 2005.

5. All depositions shall be completed by November 15, 2005.

6. Counsel shall appear for a case management conference on November 18, 2005, at 1:30 p.m. in Courtroom Three.

IT IS SO ORDERED.

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge

Case 3:04-cv-30183-MAP    Document 11    Filed 04/01/2005    Page 2 of 2