```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

MARLENE T. TRAHAN,          )
                            )
        Plaintiff,          )
                            )
    v.                      )  No. 04cv30183-MAP
                            )
JOHN E. POTTER,             )
Postmaster General,         )
United States Postal        )
Service,                    )
                            )
        Defendant.          )
```

## MOTION TO EXTEND TIME
### (Assented to)

The defendant, John E. Potter, moves to extend until July 15, 2005, the deadline for responding to the plaintiff's discovery requests.

In accordance with Local Rule 7.1, the undersigned certifies that the plaintiff's counsel assents to this motion.

                                            Respectfully submitted:

                                            MICHAEL J. SULLIVAN
                                            United States Attorney
                        By:
                                            _/s/Karen L. Goodwin
                                            _____
                                            Karen L. Goodwin
                                            Assistant U.S. Attorney
                                            1550 Main Street
                                            Springfield, MA 01103
Dated: June 27, 2005           413-785-0235

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to Anthony Facchini, Facchini & Facchini, P.C., 824 Liberty Street, Springfield, MA 01101-4052.

                                            /s/Karen L. Goodwin
                                            Karen L. Goodwin

Case 3:04-cv-30183-MAP    Document 12    Filed 06/27/2005    Page 2 of 2