UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30183

| | |
|---|---|
| MARLENE T. TRAHAN, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN E. POTTER, Postmaster | ) |
| General, United States Postal | ) |
| Service, | ) |
| Defendant | ) |

**PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE THE DEPOSITION DEADLINE AND CASE MANAGEMENT CONFERENCE FOR FORTY-FIVE (45) DAYS**

NOW COMES the Plaintiff, by and through her counsel, in the above-captioned matter and respectfully moves this Honorable Court to continue the Deposition Deadline and Case Management Conference for forty-five (45) days.

AS GROUNDS THEREFORE, the Plaintiff's Counsel submits the following:

1. The present deadline for the completion of all depositions is November 15, 2005, and the Case Management Conference is scheduled to take place on November 18, 2005.

2. Counsel for the Plaintiff is scheduled to be out of the country on a pre-planned, pre-paid trip from November 1, 2005, through November 18, 2005.

3. Counsel for the Plaintiff is in the process of coordinating the earliest mutually convenient date and time, after his trip, to conduct the Deposition of Leon Kopacz, Plaintiff's former supervisor.

4. This motion is brought in good faith for non-dilatory purposes;

5. No parties to this action will be prejudiced if this motion is allowed; however, Plaintiff may be prejudiced if she is not afforded the opportunity take the Deposition of Leon Kopacz, Plaintiff's former supervisor.

6. Defendant's counsel has agreed to the continuance and assents to this motion.

WHEREFORE, the Plaintiff prays that this Honorable Court allow this motion and continue the Deposition Deadline and Case Management Conference of November 15, 2005, and November 18, 2005, respectively, for forty-five (45) days or such later dates as are convenient for the Court.

**Respectfully Submitted,**
THE PLAINTIFF,
By her Attorney,

_____
Michael D. Facchini, Esq.
Facchini & Facchini, P.C.
824 Liberty Street - P.O. Box 4052
Springfield, MA 01101-4052
Telephone (413) 746-3369
Facsimile  (413) 733-1662

**Assented to:**
THE DEFENDANT,
By his Attorney,

_____
Karen L. Goodwin, Esq.
Assistant U.S. Attorney
Federal Building & Courthouse
1550 Main Street, Room 310
Springfield, MA 01103
Telephone (413) 785-0235
Facsimile (413) 785-0394