UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE TRAHAN,  Plaintiff | ) ) ) ) ) |
| v. | ) ) Civil Action No. 04-30183-MAP ) ) |
| JOHN E. POTTER,  Defendant | ) ) ) |

REVISED +SCHEDULING ORDER
October 21, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS Plaintiff's Assented to Motion to Continue the Deposition Deadline and Case Management Conference for Forty-Five Days (Doc. No. 13) and revises the schedule as follows:

1. All depositions shall be completed by January 3, 2006.

2. Counsel shall appear for a case management conference on January 10, 2006, at 1:30 p.m. in Courtroom Three. The November 18, 2005 conference is cancelled.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge