UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARLENE T. TRAHAN,               )
        Plaintiff       )
                                 )
v.                               )    Civil Action No. 04-30183-MAP
                                 )
                                 )
JOHN E. POTTER, Postmaster       )
General, United States Postal Service,  )
        Defendant       )

FURTHER SCHEDULING ORDER
January 18, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Defendant shall file its motion for summary judgment by February 17, 2006.

2. Plaintiff shall file her opposition to Defendant's motion by March 8, 2006, to which Defendant may reply by March 17, 2006.

IT IS SO ORDERED.

                                    /s/ Kenneth P. Neiman
                                    KENNETH P. NEIMAN
                                    U.S. Magistrate Judge