```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

MARLENE T. TRAHAN              )
     Plaintiff                 )
                               )
v.                             )        No. 04cv30183-MAP
                               )
JOHN E. POTTER, Postmaster     )
General, United States Postal  )
Service,                       )
     Defendant                 )
```

## MOTION FOR SUMMARY JUDGMENT

The defendant, John E. Potter, Postmaster General of the United States Postal Service, moves for summary judgment pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1.  The undisputed material facts establish that the plaintiff was not a victim of discrimination.  Therefore, the defendant is entitled to judgment as a matter of law.  A memorandum of law including a statement of undisputed material facts accompanies this motion.

In accordance with Local Rue 7.1, the undersigned Assistant U.S. Attorney certifies that she has conferred with the plaintiff's counsel but could not resolve or narrow the issues raised in this motion.

WHEREFORE, the defendant respectfully requests that summary judgment entered in his favor.

```
                              Respectfully submitted:

                              MICHAEL J. SULLIVAN
                              United States Attorney
                        By:
                              _/s/Karen L. Goodwin
                              _____
                              Karen L. Goodwin
                              Assistant U.S. Attorney
                              1550 Main Street
                              Springfield, MA 01103
Dated: February 17, 2006      413-785-0235
```

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

```
                              _/s/Karen L. Goodwin
                              _____
                              Karen L. Goodwin
                              Assistant U.S. Attorney
```

2