```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

MARLENE T. TRAHAN              )
     Plaintiff                 )
                               )
v.                             )      No. 04cv30183-MAP
                               )
JOHN E. POTTER, Postmaster     )
General, United States Postal  )
Service,                       )
     Defendant                 )
```

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only.

Exhibit B to Defendant's Summary Judgment Motion, consisting of the deposition of the plaintiff, Marlene Trahan.

The original documents are maintained in the case file in the Clerk's Office.

```
                              Respectfully submitted:

                              MICHAEL J. SULLIVAN
                              United States Attorney
                         By:
                              _/s/Karen L. Goodwin
                              _____
                              Karen L. Goodwin
                              Assistant U.S. Attorney
                              1550 Main Street
                              Springfield, MA 01103
Dated: February 17, 2006      413-785-0235
```

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    _/s/Karen L. Goodwin
    _____
    Karen L. Goodwin
    Assistant U.S. Attorney