**EXHIBIT B**

UNITED STATES
POSTAL SERVICE

February 18, 1997

TO: RUBEN BUSH, A/Mgr. BMC East

On February 13, 1997, shortly before 7 AM, I was sitting at my desk in the BMC East office. Supervisor Michael Aiello was sitting at the desk directly in front of me completing his paperwork for Tour 1. Casual Mailhandler Darlene Hodges entered the office and began speaking to Supervisor Aiello. She stated that she could not work for Supervisor Linda Nawracaj as she (Linda) was shouting and using profane language at her. Supervisor Aiello told Darlene that he was at the end of his tour of duty and that she would have to report back to Supervisor Nawracaj. Darlene repeatedly said that Linda was "shouting at me and cursing me" and that she did not want to report back to Linda. At this, Supervisor Nawracaj entered the office. She asked Darlene where she was supposed to be working and why she wasn't in her work area. Darlene said that she was not going to work for her as long as Linda continued to curse and shout at her. At this point the situation became very uncomfortable for me and I busied myself with paperwork on my desk to somewhat distract me from what I was witnessing. Supervisor Nawracaj began shouting at Supervisor Aiello asking "what kind of fucking supervisor are you, you give no direction to your employees, they are wandering the building instead of being in their work area, we are short of people and yet you don't care to assign your people properly". During this exchange, Darlene said several times "I'm leaving, I want to leave, just let me leave" etc. Both Linda and Darlene were standing between the counter and the office door. At this point, I happened to look up and saw Linda place her palm on the door as she said "Darlene, you're not going anywhere, you're going to stand here and listen to this." Supervisor Aiello tried several times to calm the situation by requesting Linda to discuss the problem with him another time, as this was not the best time nor place to continue.

As I have previously stated, the situation was extremely uncomfortable for me to witness and I was embarrassed for all parties involved. I tried to distance myself from the whole scene by looking down at my desk and wished myself to be anywhere but in that location. If Supervisor Nawracaj physically came into contact with Darlene, I did not see it. However, due to the position of my desk, my limited view, and the fact that I was trying to avoid witnessing such an upsetting scene by looking down at my desk, it may have occurred. I can only honestly say that I just did not witness any physical assault made by Supervisor Nawracaj on Darlene Hodges.

Within a matter of a few moments, the situation was diffused. I can't remember in what order the parties left the office, only that Supervisor Aiello and I remained. He commented about how irate Supervisor Nawracaj was and that he was going to bring the matter up with A/MGR Ruben Bush as soon as possible. I exited the office and then proceeded through the Connector Building. As I approached the exit door by the Dock Clerk's stand up desk, Supervisor Nawracaj called to me and motioned for me to join her outside. She then proceeded to apoligize to me for her use of profane language and shouting. I told her that I accepted her apology and told her that I understood how frustrating her job could be.

Marlene Trahan, Clerk, BMC East Tour 1