**EXHIBIT C**


UNITED STATES
POSTAL SERVICE

April 10, 1997

TO: RUBEN BUSH, A/Mgr. BMC East

At your request, I am providing this statement:

On Saturday February 22, 1997 at 6:45 AM, Supervisor Linda Nawracaj entered the Tour Supt.'s office and said that she wanted to speak to me. I told her okay but that I was leaving in approximately eight minutes and that I was anxious to "get out of here and start my weekend." Using an unlisted, unpublished telephone number which she gained illegal access to, Linda had called my home the previous Saturday night to discuss with me "exaclty what I had seen and what I had heard". Therefore, I was very apprehensive and reluctant to speak to her as I knew that it would be regarding that incident. She then said that it would take only a couple of minutes, approached my desk and stood in front of it. Immediately she began discussing the incident that took place in the office on February 13 involving her, Casual Darlene Hodges and Supervisor Michael Aiello. She stated that she had read my statement regarding that incident and had no problem with that but that she needed to ask me two questions. I said to her, "Linda, I don't think we should be discussing this, I don't want to talk about it, I feel that I should only discuss it with A/Mgr Ruben Bush." She then said, "I don't want you to change your statement but..." I became very uncomfortable and repeated to her that I did not want to discuss it with her. She then said "Just answer this...did you ever hear Darlene cry out in pain or say, get your hands off of me." I answered "No, I don't think so but I was so upset I can't honestly say if she did or didn't." Again I said that I did not want to discuss it. Then she asked "But I just want to know, did you see Mike ever get up out of his chair?" Again I said that the whole scene was so upsetting to me that I tried to avoid looking at what was taking place. She then said "But you know, if he didn't get out of his chair, how could he have seen me grab Darlene's wrist. I don't want you to change your statement but what if, six months from now, a lawyer questions you in a courtroom, are you going to remember exactly what happened? Write down the answer to these questions so that if you are ever questioned, you'll remember." At that point I told her that I would not discuss it with her any further and that I wished I had never become involved. She replied "That's the trouble with people today, no one wants to get involved." I replied "Linda, you don't know how upset I've been over this whole situation. I was so sick about it that I stayed in bed all last weekend. I even had to cancel reservations that my husband and I had for a long weekend at the Sheraton. I couldn't even get out of bed to go out to dinner on Valentine's night." Linda replied, "You think you

FAX:

feel sick, how do you think I feel? I came into work last Saturday and was told to go home. I cried all the way home and then my son Tony said to me Mommy, don't cry because when you cry I feel sad too." At this, I again told Linda that I was sorry, but "please, I don't want to talk about it, hear about it, or even think about it anymore." This conversation lasted until approximately 7:10 AM at which point A/Supervisor Denise Frisby entered the office. She immediately sensed the tension in the room and Linda left a few moments later. Denise asked me "What was she doing in here to you, she should not be in here harassing you," etc. Denise then said that she would tell Linda to stay away from me but I told her not to as I didn't want to escalate the situation between Linda and me any more than it had already become. Supervisor Sheryl Bartolomei then entered the office and, upon hearing what had happened, offered to run "interference" for me when I left the building so that I would not have to pass by Linda alone. I told her that that was not necessary and that I thought I could manage by myself. I then left the building and went immediately home. At home, I collapsed into bed in tears and explained to my husband what had taken place at work. I told him that I was frightened to go back to work, what if Linda had really taken exception to my statement and had decided to confront me with more than just words, that next time I may not be so lucky. I told him that I repeatedly told Linda that I didn't want to discuss anything with her but was unable to get up and leave the office. I felt guilty, confused, harassed and bewildered and could not believe that the Postal Service had allowed Linda to return to work without the original situation being resolved. I spent the rest of Saturday feeling horrible and did not sleep well Saturday night. At 9:00 AM Sunday, after my husband had left for church, I placed a call to the EAP toll free number. I spoke to a woman in that office for approximately 60 - 70 minutes. I told her how badly I was feeling and she instructed me to call my doctor immediately upon ending my conversation with her. She also said that someone from the local EAP office would contact me on Monday morning. I called my doctor and he suggested that I begin taking a tranquilizer that he had prescribed for me previously. I also set up an appointment for Thursday in his office. On Monday afternoon, I met with Susan Boyle-Glidden for approximately two hours and described the entire situation to her. I told her how badly I was feeling and also that I was feeling guilty for what had happened to Linda. She explained to me that regardless of whether there was a physical assault or not, Linda's screaming and swearing were not the actions of a rational person and that she should take responsibility for her actions. I returned to work Monday night and immediately felt the tension that existed. Employees had found out that Linda had again been instructed not to report to work, and through their reactions, made me feel responsible for the latest action that had been taken against her. Although I had done nothing, I began to feel like the guilty party in this whole situation. I was unable to sleep and felt extremely depressed. When I came back to work the

following night, Tina Ziencina, Tour 3 office clerk, spoke to me for a short while and repeatedly said that I looked terrible and needed to go home. At 1 AM I finally agreed and decided to leave. Because I was so distraught, Tina followed me home to insure my safe arrival. On Wednesday, I received several telephone calls from Ruben Bush, Jim Albano and someone from the injury comp. office. I was instructed to pick up paperwork from the Medical Unit to bring to my doctor on Thursday. When I entered the doctor's office, he immediately said that he had just received "a nice call from some nice nurse at the post office." She told my doctor that the post office was very "accommodating" to my needs and that I could be placed in another job, on another shift, in another building. Upon hearing this, I knew that filing any type of claim was hopeless. How could someone that knew nothing of my medical history, had never laid eyes on me, was totally ignorant of how horribly I was feeling know that I was able to return to work. I was physically and mentally incapable of contesting any decision the Post Office would make regarding my fitness for duty. Again, I was made to feel like the guilty party. I had done absolutely nothing but witness an altercation between employees. I had provided a statement as requested by A/Mgr Ruben Bush. Without resolving the original problem and by allowing Linda to return to work and confront me about my statement, the Postal Service placed me in an awkward, volatile and possibly dangerous situation. My doctor felt that some time off from work would be beneficial to my emotional health. We agreed that I would return to work on Tuesday March 11, 1997 which I subsequently did. Although I did return to work, I still suffered extreme anxiety and was unable to resume my normal activities away from work. I was sleeping 12-13 hours per day, felt constantly fatigued and suffered continuing headaches. I finally began to feel somewhat "back to normal" during the first week of April. I had another appointment with my doctor on Friday April 4th, at which time I explained my symptoms to him. His diagnosis was that I was severely depressed and, at my request, ordered blood tests to eliminate any other cause. These blood tests proved to be negative leaving the diagnosis of depression as valid.

Although the situation at work has quieted down, I still feel somewhat apprehensive at times and can still sense some animosity towards me from fellow employees. I simply wish the Postal Service would finally come to some resolution regarding this incident and would make it clear to all employees exactly what happened and who was responsible and dispel all the rumors about my involvement that are still circulating.

*Marlene T. Trahan*
Marlene T. Trahan
Clerk BMC EAST Tour 1