DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
JFK FEDERAL BUILDING  RM E-260
BOSTON  MA  02203

October 13, 1998

File Number:  010358372
Date of Injury:  02/13/97
Employee:  Marlene Trahan

U.S. Postal Service
Springfield District
Injury Comp Unit
190 Fiberloid Street
Springfield, MA  01152

Dear Sir/Madam:

Enclosed please find a factual statement from the claimant concerning the claimed cause of her psychiatric condition. Kindly have someone knowledgeable with the facts and circumstances of this incident kindly respond to the allegations contained therein.

If you have any questions please contact this Office.

Sincerely,

Damon Williams
Claims Examiner

cc:



June 9, 1998

On April 22, 1998, I received an arrangement of flowers from MDO Lee Kopacz for Secretary's Day. I put the arrangement in a prominent position on my desk and relocated three potted african violets that are normally there. I moved the african violets to the top of the file cabinets behind my desk. On Thursday April 23, I detected a disgusting odor near my desk and thought perhaps someone had discarded garbage in one of the wastebaskets. I proceeded to empty all of the wastebaskets and waste containers into a plastic trash bag and placed it near the door for the custodian to dispose of. On Friday April 24, I again smelled the rotten odor which had become even worse. I noticed that one of my african violet pots had been placed on the top of the tall cabinet, which I can barely reach. It seemed that this was where the odor was coming from, so I removed the pot and saw that someone had put milk in the bottom of the pot which was now rotten and stinking. I disposed of the entire pot. I also checked one other pot and discovered that someone had put coffee in the bottom of that one. On Friday May 8, I brought in three new african violets which were healthy and full of blossoms. On Monday May 11, when I reported for work, I noticed that they had been definitely tampered with. Someone had taken a spray bottle of industrial cleaner and sprayed them profusely with the intention of killing and destroying them. Their actions were successful, all plants were dead or in the process of dying. Upon seeing this, I became very agitated and upset. I felt that this sick behavior was taken against me as a result of the Linda Nawracaj incident of February 13, 1997 which I witnessed. Since that time, I have been the target of one particular employee's retaliatory actions. Linda was this employee's direct supervisor and their relationship was one of mutual benefit. It is known that Linda obtained an excessive amount of overtime for this employee which was not afforded to other employees. Also, this employee has been the recipient of monetary service awards at the request of his supervisor, Ms. Nawracaj. Since she has been out of work, he has not had the opportunity to work as much overtime, thus detrimentally affecting his paycheck. I feel that this is one of his "motives" in his actions towards me. At one time, we were on friendly terms. Since the original incident, he conveys his hatred towards me in his facial expressions. He has not spoken to me since that incident and he makes me and other employees very well aware of his contempt for me. What makes him despise me so much? I refused to lie in my statement regarding the "Linda" incident. Not only did I refuse to change or alter my statement to protect her; I also got her into trouble for confronting me in the office about my statement. When this incident took place, I was simply doing my job. At the request of A/MDO Ruben Bush, I provided a statement regarding that incident. My statement was totally true and forthright and I would not change a single word in it. However, since that time, employees' discussions regarding the truth or untruth of my statement still continue. The "rumors" about my involvement are still circulating. I have managed to deal with this over the past year; but the spraying of my plants with a toxic cleaner I am taking seriously as a direct threat to my personal safety. I believe that the gift of flowers from Mr. Kopacz pushed this employee over the edge. By killing my plants, he also conveyed the message to me that I should fear him

2.

and his actions and that this retaliation against me would escalate. Mr. Kopacz is the father of Ms. Nawracaj's son, thus his gift of flowers to me incited this employee to act as he did. I called in sick on Tuesday and Wednesday May 12 & 13 feeling quite anxious and upset. Upon my return to work on May 14, I was called by Don McNee from the EEO office. He asked me to write an affidavit regarding the "Linda" incident. I met him in his office and explained the whole situation to him. He was not aware of the involvement of Mr. Kopacz with Ms. Nawracaj, neither was he aware that I had witnessed the "Linda incident". I told him that I was sick and tired of being harassed for simply "doing my job and telling the truth". I also told him about what had happened to my plants and that I was taking this as a serious threat. He advised me to contact the Crisis Intervention Unit or the Inspectors office and make them aware of what had happened. On Friday, May 15, I met with my doctor and he advised me to contact the Inspectors. At work I spoke with someone from Crisis Intervention, they also advised me to contact the Inspectors. On Monday May 18, I contacted the Inspectors Office and explained the entire situation. I was told that someone would contact me. The woman I spoke with advised me to also contact EEO and explain my situation. I explained that the EEO office advised me to contact the Inspectors office. Before I left for work that afternoon, my husband strongly advised me not to leave anything I was eating or drinking out of my sight in case someone might put "something" in there. I also contacted Susan Boyle-Glidden at the EAP office, as I had been in contact with her since February 1997 when the "Linda incident" first took place. She called me at work Monday evening and advised me to call John Bates. I left a message for him Tuesday morning and he returned my call Tuesday afternoon. I met with him in his office at 4 PM and related the entire story to him. He told me that he would try to get some answers for me and resolve this ugly situation. He said that he would get some of the Crisis Intervention people to question fellow employees and find out if they had any suspicions. Since Monday May 11, I had been experiencing severe headaches. My sleep had been interrupted by frightening dreams causing me to scream and awaken my husband. The latest retaliation had caused all of the emotional distress to resurface. On Monday May 18 and Tuesday May 19, I reported for work but was unable to accomplish anything. I was completely overwhelmed by simple tasks and just could not think straight. On Tuesday evening, I reported to the Nurse. She kindly listened to my story and was concerned about my health. She advised me that she would speak to the Doctor and let him know of my situation. On Wednesday May 20, at 2:30 PM I suffered a severe, intense attack. I was doubled over on the floor writhing with stomach pain. My doctor advised me to go to the emergency room at the hospital immediately. Later that evening, it was determined that I had a ruptured ovarian cyst which caused the intense pain. Until I received that diagnosis, I was sure that someone had poisoned me and this action was just more retaliation against me. In addition, on Friday May 22, I discovered vandalism done to a potted planter in my yard. I have lived at this

3.

address for the past thirteen years and have never had a single act of vandalism done to any plants or any other property. The plants were pulled out by their stems and dropped on the driveway. It was obvious to me that it was not done by a child or animal. I am quite sure that this was just another incidence of vandalism meant to scare and intimidate me. Since then I have been continually suffering both physically and emotionally. I continue to be very anxious, nervous, tense and depressed. I have appealed for help to every source that the Postal Service provides, but have not received any whatsoever. I feel that I am entitled to a safe working environment; the Postal Service seems to think otherwise. The supervisors' mailboxes were relocated to a safer area because it became known that employees (in particular, the one I suspect of killing my plants) were "snooping" through confidential material. Several chairs have been stolen from the office; I was advised to lock the door if I left the office. I know that this employee has access to a key for this lock. I feel terribly vulnerable as there is no other exit from this office. This employee has the motive, the means and the opportunity to injure me as I have no defense. Because Linda was able to confront me in the office, I have no doubt that this employee could and would do the same. Since my absence from work, I continue to experience nightmares, stomachaches and headaches. Merely discussing this situation causes me to become lightheaded and dizzy and my arms and legs to feel numb. Even my driving has been affected; I am extremely anxious, nervous and overcautious as never before. I am unable to make decisions without great difficulty and have not been able to resume my normal activities.

In my April 10, 1997 statement, I indicated that I felt the Postal Service needed to come to some resolution regarding the "Linda incident". After 16 years of dedicated service, I feel that I have been abandoned by my employer. Since February 13, 1997, I have suffered both physically and emotionally. At work, I am constantly reminded in many ways of what took place. Anytime I recall the events of that time, I become very nervous and upset. Even my sleeping hours provide no escape. I suffer with recurring dreams and nightmares and have been treated with various types of medication to get me through the day and night. One medication that was prescribed for me even caused considerable hair loss. Why do I have to have my hair fall out, be traumatized by a supervisor confronting me both at work and on the telephone, be the topic of rumors still circulating at work, be the recipient of dirty looks and avoidance by employees, and now finally, have a toxic substance sprayed on my personal property on my desk and have damage done to my personal property at my residence? My physical and emotional health has suffered considerably and I will continue to suffer due to the actions of others. I simply did my job and told the truth.

*Marlene T. Trahan*

MARLENE T. TRAHAN