UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARLENE TRAHAN

V.

U.S. POSTMASTER JOHN POTTER          CASE NO.  04-30183-MAP

NOTICE OF HEARING

PONSOR
_____ D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for A HEARING ON MOTION FOR SUMMARY JUDGMENT ON MAY 9, 2006 AT 3:00 P.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

MARCH 20, 2006                    By:    /s/Elizabeth A. French
    Date                                        Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**