UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30183-MAP

MARLENE T. TRAHAN, )
    Plaintiff )
  )
v. )
  )
JOHN E. POTTER, Postmaster )
General, United States Postal )
Service, )
    Defendant )

## PLAINTIFF'S MOTION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the Plaintiff, by and through her counsel of record, Michael D. Facchini, Esq., in the above-captioned matter and respectfully moves this Honorable Court to continue the Hearing on Defendant's Motion for Summary Judgment to either May 24 or 25, 2006, at 3:00 p.m., or anytime on or after June 19, 2006, as is convenient for the Court.

AS GROUNDS THEREFORE, the Plaintiff's Counsel submits the following:

1. Plaintiff's counsel states that the he will be out of the country on a prepaid pre-planned vacation from April 18, 2006, through May 12, 2006. Clearly counsel had planned this trip well in advance of the scheduling of the hearing on Defendant's Motion for Summary Judgment and refers the Court to his accompanying affidavit;

2. This motion is brought in good faith for non-dilatory purposes;

3. No parties to this action will be prejudiced if this motion is allowed; however, Plaintiff may be prejudiced if it is not; and

4. Defendant's counsel has stated that Defendant does not oppose this motion and is mutually available on the above noted dates.

WHEREFORE, the Plaintiff prays that this Honorable Court to continue the Hearing on Defendant's Motion for Summary Judgment to either May 24 or 25, 2006, at 3:00 p.m., or anytime on or after June 19, 2006, as is convenient for the Court.

**Respectfully Submitted,**
THE PLAINTIFF,
By her Attorney,

Dated: 3/21/6

Michael D. Facchini, Esq.
Facchini & Facchini, P.C.
824 Liberty Street - P.O. Box 4052
Springfield, MA 01101-4052
Telephone (413) 746-3369
Facsimile  (413) 733-1662

### CERTIFICATE OF SERVICE

I, Michael D. Facchini, counsel for the Plaintiff, do hereby certify that on 3/21, 2006, a copy of the above document was served on all counsel of record by mailing a copy of same, first class mail, postage prepaid, to:

Karen L. Goodwin, Esq.
U.S. Attorney's Office
Federal Building & Courthouse
1550 Main Street, Room 310
Springfield, MA 01103

Michael D. Facchini, Esq.