UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30183-MAP

MARLENE T. TRAHAN,                )
    Plaintiff                         )
                                      )
v.                                )
                                      )
JOHN E. POTTER, Postmaster        )
General, United States Postal     )
Service,                          )
    Defendant                         )

**AFFIDAVIT OF COUNSEL**

I, Michael D. Facchini, Esq., being duly sworn, depose and say as follows:

1. That I am the attorney of record for the Plaintiff.

2. I will be out of the country on a prepaid preplanned vacation from April 18, 2006, through May 12, 2006.

3. Defendant's counsel has stated that Defendant does not oppose this motion and is mutually available on May 24 and 25, 2006.

Signed under the pains and penalties of perjury this 21st day of March, 2006.

_____
Michael D. Facchini, Esq.
Facchini & Facchini, P.C.
824 Liberty Street - P.O. Box 4052
Springfield, MA 01101-4052
Telephone (413) 746-3369
Facsimile  (413) 733-1662