UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARLENE T. TRAHAN,            )
        Plaintiff            )
                             )
        v.                   ) C.A. 04-30183-MAP
                             )
JOHN E. POTTER, Postmaster    )
General, United States Postal )
Service,                      )
        Defendant            )

### MEMORANDUM AND ORDER REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(Docket No. 16)

August 31, 2006

PONSOR, D.J.

    This is an action against Defendant John E. Potter, Postmaster General, alleging a hostile work environment motivated by discrimination against Plaintiff based on her depression. Defendant moved for summary judgment and, following oral argument on August 30, 2006, the court indicated that the motion would be allowed.

    Even assuming that Plaintiff could demonstrate to a jury that she suffered from a disability as defined by the applicable statute, no evidence in the record would justify a jury in concluding that she suffered any type of harassment or misconduct <u>based</u> <u>upon</u> her disability. The First Circuit has recognized that a showing of a causal relationship between adverse conduct in the workplace and the disability is necessary to pursue a claim of disability

harassment. <u>Quiles v. Quiles v. Henderson</u>, 439 F.3d 1, 5 (1st Cir. 2006).

For the foregoing reasons, amplified in more detail during the court's oral remarks at the conclusion of the August 30 oral argument, Defendant's Motion for Summary Judgment is hereby ALLOWED. The clerk is ordered to enter judgment for Defendant. This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge