UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARLENE T. TRAHAN,
    Plaintiff(s)

v.      CIVIL ACTION: 04-30183-MAP

JOHN E. POTTER, Postmaster
General, United States Postal
Service
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT entered for the Defendant pursuant to the Memorandum and Order of the Court entered this date granting the Defendant's motion for Summary Judgment.**

    SARAH A. THORNTON,
    CLERK OF COURT

Dated: August 31, , 2006     By  Elizabeth A. French
    Deputy Clerk

(Judgment Civil.wpd - 11/98)     [jgm.]

Case 3:04-cv-30183-MAP    Document 24    Filed 08/31/2006    Page 2 of 2